JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA E. BELLOSO, as an individual and on behalf of all others similarly situated,<br><br>                Plaintiff<br><br>  vs.<br><br>HYATT CORPORATION., a Delaware corporation; and DOES 1 through 100 inclusive,<br><br>                Defendants. | Case No. 8:23-CV-02178-DOC-JDE<br><br>Assigned to: Hon. David O. Carter<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING REMAND OF REMOVED ACTON [21]**<br><br>Complaint filed:  October 11, 2023<br>Removal:  November 20, 2023<br>Trial date:  None Set |

//
//
//
//
//
//
//

1

On October 18, 2024, Plaintiff Blanca E. Belloso and Defendant Hyatt Corporation (collectively, the "Parties" filed a Joint Stipulation Regarding Remand of Removed Action.

The court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Central District of California Case 8:23-CV-02178-DOC-JDE is hereby REMANDED to the Superior Court of the State of California for the County of Orange;
2. All pre-trial and trial deadlines and dates are vacated; and
3. The Parties agree to bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the action.

**IT IS SO ORDERED**.

Dated: October 21, 2024

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE